UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSHUA CHIRINO,

    Plaintiff,

v.                                             Case No. 6:20-cv-1449-RBD-DCI

BREVARD COOLING AND HEATING,
INC.; BEN CONSTANTINO; and JOHN
ARRIGO,

    Defendants.
_____

    Plaintiff sued Defendants for failure to pay overtime wages under the Fair Labor Standards Act ("**FLSA**") and for breach of contract related to unpaid wages. (*See* Doc. 1.) The parties moved for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Doc. 20 ("**Motion**"); Doc. 20-1 ("**Agreement**").) On referral, U.S. Magistrate Judge Daniel C. Irick recommends granting the Motion and approving the Agreement, finding it fair and reasonable. (Doc. 21 ("**R&R**").)

    The parties do not object to the R&R (Doc. 22), so the Court has examined it only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is adopted in its entirety.

    It is **ORDERED AND ADJUDGED**:

    1.    U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation

      (Doc. 21) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The parties' Joint Motion to Approve Settlement Agreement and Dismiss the Case With Prejudice (Doc. 20) is **GRANTED.**

3. The parties' FLSA Settlement Agreement and Release (Doc. 20-1) is **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE.**

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 8, 2021.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record